# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY S. DOCKERY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 08-277 |
| | ) | |
| v. | ) | |
| | ) | District Judge Lancaster/ |
| ROBERT M. FERRY, | ) | Magistrate Judge Caiazza |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

Gregory S. Dockery's civil rights complaint was received by this Court on February 25, 2008, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on April 2, 2008, recommended that the Complaint be dismissed in accordance with the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2)(B)(ii) and/or 28 U.S.C. § 1915A (Doc. 7). The parties were allowed ten days from the date of service to file objections. Service was made upon the Plaintiff by First Class United States Mail at his place of incarceration, the Allegheny County Jail. Objections were due on or before April 18, 2008. None have been filed.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 6th day of May, 2008,

IT IS HEREBY ORDERED that the Complaint is DISMISSED. The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 7), dated April 2, 2008, is adopted as the opinion of the court. The Clerk is directed to mark the case CLOSED.

Gary L. Lancaster
U.S. District Court Judge

cc:
GREGORY S. DOCKERY
19725
Allegheny County Jail
950 2nd Avenue
Pittsburgh, PA 15219-3100